IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,  :

    Plaintiff,

    vs.  :    Case No. 3:99-CR-023

RONALD LEWIS BARKSDALE,  :    JUDGE WALTER HERBERT RICE

    Defendant.  :

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE, REVOKING SAME AND IMPOSING SENTENCE, WITH PERIOD OF SUPERVISED RELEASE TO FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On August 30, 2011, the Defendant, having previously been found in violation of his reimposed period of supervised release which began December 31, 2009, appeared in open Court for final disposition.

Pursuant to the record made in open Court upon the aforesaid August 30, 2011, the Defendant's supervised release was revoked and he was remanded to the custody of the Attorney General of the United States, the Bureau of Prisons, for a period of time served, with a five year period of supervised release to follow, upon the conditions that he adhere to the agreed upon Proposed Supervision Plan (Doc. #232), and that he fulfill all undischarged conditions of supervised release imposed at the time of his initial sentencing in the captioned cause.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 1, 2011

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Brent Tabacchi, AUSA
James Fleischer, Esq.
Brett Handmaker, United States Probation Officer
United States Marshal