IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs | ) | Case No. 3:99CR023(02) |
| Harold Stollings | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named commenced Supervised Release on February 9, 2009, for a period of 5 years in Case #3:99CR0023(02). Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this __3rd__ day of __July__, 2012

_____
The Honorable Walter H. Rice
U. S. District Court Judge