IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff(s), | Case No. 3:99-cr-023 |
| vs. | : |
| | : Judge Walter Herbert Rice |
| RONALD LEWIS BARKSDALE, | : |
| Defendant(s). | : |

**ORDER RELEASING DEFENDANT RONALD LEWIS BARKSDALE
TO STATE CUSTODY**

It is the order of this Court that the defendant, Ronald Lewis Barksdale, be released to the custody of the State of Ohio, so that he can fulfill his state sentence. The defendant is to be returned to the custody of the United States Marshal Service after completion of the state sentence for further sentencing on the above captioned case.

The order is to be filed as a detainer.

IT IS SO ORDERED.

October 2, 2012

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record
United States Marshall Service
Probation Department