IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. 3:99 CR 00023 WHR |
| Ronald Louis Barksdale | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered the defendant is discharged from supervised release and the proceedings in the case are terminated.

Dated this 28th day of November, 2012

_____
Walter Herbert Rice
United States District Judge